UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH R. BARBER, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>SANTA BARBARA COUNTY, et al.,<br><br>   Defendants. | Case No. CV 11-2365-DMG (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, the opposition, as well as the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations in the Report and Recommendation and ORDERS that Defendants Bondietti, Phillips, Callahan, and Sheffield be dismissed from this action with prejudice.

DATED: January 3, 2012

_____
DOLLY M. GEE
United States District Judge