

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH BARBER,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTA BARBARA COUNTY JAIL, et al.,<br><br>  Defendants. | Case No. CV 11-2365-DMG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: April 30, 2012

Dolly M. Gee
United States District Judge